1 | KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
2 | P. O. BOX 1193
ARCATA, CA 95518
3 | (707) 822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com
4
5 | ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| LONARDO RESENDEZ, | Case No.: 1:14-cv-02969-NJV |
|---|---|
| Plaintiff, | STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Lonardo Resendez may have an extension until March 13, 2015, in which to file plaintiff's motion for summary judgment. All amended deadlines will be extended accordingly. This is plaintiff's third request.

Dated: February 12, 2015

*/s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

DONNA L. CALVERT
Regional Chief Counsel, Region IX

Stipulation and Proposed Order In Support of Plaintiff's Third Request for Extension of Time- 1

|   |   |   |
|---|---|---|
| 1 |  | Social Security Administration |
| 2 | Dated: February 12, 2015 | By: /s/ Lynn Harada |
| 3 |  | LYNN M. HARADA<br>Special Assistant U.S. Attorney |
| 4 |  | Attorneys for Defendant<br>(as authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 13, 2015

_____
Hon. Nandor J. Vadas
United States Magistrate Judge

Stipulation and Order In Support of Plaintiff's Third Request for Extension of Time- 2